UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DR. DAISY M. LACOUR**                                                              **PLAINTIFF**

vs.                                   **CIVIL ACTION NUMBER: 5:08cv315DCB-JMR**

**CLAIBORNE COUNTY SCHOOL DISTRICT**
**AND DR. ANNIE KILCREASE, SUPERINTENDENT**          **DEFENDANTS**

## AGREED ORDER OF PARTIAL DISMISSAL

CAME ON this day for hearing the joint motion of the Plaintiff, Dr. Daisy M. Lacour, and the Defendants, Claiborne County School District and Dr. Annie Kilcrease, Superintendent, through counsel, who move this Court to dismiss with prejudice the intentional infliction of emotional distress claim asserted by Dr. Daisy M. Lacour. The Court, having considered the same, and noting the agreement of the parties and being otherwise fully advised in the premises, does find that said motion is well-taken and should be granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that Dr. Daisy M. Lacour's claim for intentional infliction of emotional distress, be and hereby is dismissed, with prejudice, with each respective party being responsible for payment of their own costs and attorney's fees. This Order does not impact the remaining claims of Dr. Daisy M. Lacour, Plaintiff.

SO ORDERED AND ADJUDGED this the  30th   day of    March    , 2009.

                                                            s/ David Bramlette
                                        UNITED STATES DISTRICT COURT JUDGE

**AGREED TO AND APPROVED BY:**


s/Louis H. Watson, Jr.
LOUIS H. WATSON, JR.
*COUNSEL FOR PLAINTIFF, DR. DAISY M. LACOUR*


s/Stephanie C. Edgar
ROBERT P. THOMPSON
STEPHANIE C. EDGAR
*COUNSEL FOR CLAIBORNE COUNTY SCHOOL*
*DISTRICT AND DR. ANNIE KILCREASE, SUPERINTENDENT*

C:\Doc\Case Related Information\Lacour vs. Claiborne County School District Agreed Order of Dismissal 3-30-09

-2-