UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DR. DAISY M. LACOUR                                          PLAINTIFF

VERSUS                              CIVIL NO: 5:08cv315-DCB-JMR

CLAIBORNE COUNTY SCHOOL DISTRICT AND
DR. ANNIE KILCREASE, SUPERINTENDENT                         DEFENDANTS

## JUDGMENT OF DISMISSAL

This cause having come before the Court on the plaintiff's Motion to Amend Complaint, and the Court having denied the motion as to the plaintiff's claim and declined to assert supplemental jurisdiction over such claim, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 28th day of January 2010.

                                       s/ David Bramlette
                              **UNITED STATES DISTRICT JUDGE**